BONNIE GOODMAN v. LONDON METALS EXCHANGE, INC.

May 13, 1980.

Cross–Petition for certification granted.

BALLY MANUFACTURING CORPORATION v. NEW JERSEY CASINO CONTROL COMMISSION.

May 13, 1980.

Certification to the New Jersey Control Commission granted.

STATE OF NEW JERSEY v. CARLO A. BRUNO.

May 28, 1980.

Petition for certification denied.